UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Case No. 15-cv-339-CCE-JLW

| | |
|---|---|
| THUNDERSHIRT, LLC, | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| v. | ) |
| BH PET GEAR LLC, Matthew E. Dweck, and Maurice Eida, | ) |
| Defendants/Counterclaim-Plaintiff. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a settlement reached by the parties, Plaintiff Thundershirt, LLC and Defendants BH Pet Gear LLC, Matthew E. Dweck, and Maurice Eida jointly stipulate to dismissal with prejudice of all claims pending in this action, with each party to bear its own costs.

This 21st day of December, 2016.

/s/ Kathryn G. Cole
Kathryn G. Cole
NC State Bar No. 39106
Moore & Van Allen PLLC
Suite 4700
100 North Tryon Street
Charlotte, NC 28202-4003
Telephone (704) 331-1000
Facsimile (704) 339-5981
Email: katecole@mvalaw.com

*Attorneys for Plaintiff*

/s/ Gaston Kroub
Gaston Kroub
Kroub, Silbersher & Kolmykov PLLC
305 Broadway, 7th Fl.,
New York, NY 10007
Telephone: (212) 323-7442
Email: gkroub@kskiplaw.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2016, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court for the United States District Court, Middle District of North Carolina, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

Date: December 21, 2016                                             /s/ Kathryn G. Cole